ORIGINAL

NANCY HOFFMEIER ZAMORA, TRUSTEE
CITIBANK CENTER
444 SOUTH FLOWER ST., SUITE 1550
LOS ANGELES, CA  90071
(213) 488-9411

FILED

2004 SEP 29  AM 10: 08

U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
JON D. CERRETO, CLERK OF COURT

_____ DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY

| In Re<br><br>LOPEZ, EVERETT<br><br><br><br>Debtor(s). | CASE NUMBER<br>SV-04-15351        GM |
|---|---|
| | REPORT OF TRUSTEE IN<br>CHAPTER 7 NO ASSET CASE |

   The undersigned, duly appointed Chapter 7 Trustee of the estate
of the above-named debtor(s), reports that she has neither received
any property nor paid any money on account of this estate; that she
has made diligent inquiry into the whereabouts of property belonging
to the estate; that she has no objections to the exemptions claimed;
and that each of the assets scheduled and not claimed exempt are
burdensome or of inconsequential value or are encumbered beyond value
and the Trustee asserts no interest therein.  Therefore, the Trustee
has not taken possession of said assets, asserts no interest in said
assets, and has not and will not administer said assets which are to
be abandoned in accordance with 11 USC 554 (c).

   WHEREFORE, Trustee prays that her Report be approved, that she be
discharged from office, and her bond exonerated, and for all other
appropriate orders.

Dated:  September 22, 2004

NANCY HOFFMEIER ZAMORA, TRUSTEE



APPROVED BY ORDER OF THE U.S. BANKRUPTCY COURT AND THE SAID ESTATE(S)
IS HEREBY CLOSED

Dated:                            JON D. CERRETO

                                  Clerk of Court

